THE STATE OF OHIO, APPELLANT, *v.* WHITE, APPELLEE.

[Cite as *State v. White* (1998), 84 Ohio St.3d 51.]

(No. 98–1878—Submitted October 13, 1998—Decided December 2, 1998.)

*Julia R. Bates,* Lucas County Prosecuting Attorney, and *Craig T. Pearson,* Assistant Prosecuting Attorney, for appellant.

The certified conflict is allowed.

The judgment of the court of appeals is reversed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

The trial court's finding that James E. White is a sexual predator is reinstated.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK, J., not participating.